## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANATOLIY V. VERETNOV

    Petitioner,

       v.

M.D. OVERMYER, *et al.*,

    Respondents.

CIVIL ACTION NO. 3:16-CV-02295

(JUDGE CAPUTO)

## ORDER

**NOW**, this 31st day of July, 2018, **IT IS HEREBY ORDERED** that:

(1)    The District Attorney of Centre County **SHALL** file a report concerning the status of Petitioner Anatoliy Veretnov's PCRA petition filed in the Centre County Court of Common Pleas **within fourteen (14) days** from the date of this Order.[1]

                    *(signature)*

A. Richard Caputo
United States District Judge

---

[1]    In a brief filed on December 8, 2016, the District Attorney's Office argued that Petitioner was not entitled to relief in this Court because his PCRA claim was pending before the Pennsylvania Superior Court. Thus, he had not satisfied the habeas statute's exhaustion requirement. This is no longer the case. On November 27, 2017, the Superior Court remanded the action to the Centre County Court of Common Pleas.